UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTEO PATISSO, Assignee of the Legal Claims of Liquid Brick, Inc., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> MARK EPSTEIN, Los Angeles County Superior Court Judge; et al., <br><br> Defendants - Appellees. | No. 25-1352 <br><br> D.C. No. 2:25-cv-01666-MWC-KES <br> Central District of California, Los Angeles <br><br> ORDER |

Before: SILVERMAN and BADE, Circuit Judges.

The emergency motion (Docket Entry No. 3) for injunctive relief is denied.

The existing briefing schedule remains in effect.